08 MAY 28 PM 3:03

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1724 L

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| IRMA FELIX-BENITEZ, | ) 960 - Importation of Cocaine; |
| | ) Title 21, U.S.C., Sec. 841(a)(1) - |
| Defendant. | ) Possession of Cocaine with Intent |
| | ) to Distribute |

The grand jury charges:

Count 1

On or about May 17, 2008, within the Southern District of California, defendant IRMA FELIX-BENITEZ did knowingly and intentionally import 5 kilograms and more, to wit: approximately 16.80 kilograms (36.96 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JPME:fer:Imperial
5/21/08

Count 2

On or about May 17, 2008, within the Southern District of California, defendant IRMA FELIX-BENITEZ did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 16.80 kilograms (36.96 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 28, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney