JAMES WINSTON GLEAVE
California State Bar # 102977
1901 First Avenue, Suite 310
San Diego, CA 92101
Email: jim@jwglaw.com
Tel: (619) 238-0677
Fax: (619) 238-4559

Attorney for Defendant IRMA FELIX-BENITEZ

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(Honorable M. JAMES LORENZ, Judge)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR1724-001-L |
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE MOTIONS HEARING DATE TO JULY 21, 2008 AT 2:00 P.M.** |
| IRMA FELIX-BENITEZ, | ) | |
| Defendant. | ) | **Status Hearing now scheduled for** |
| | ) | **Date: July 7, 2008** |
| | ) | **Time: 2:00 p.m.** |
| | ) | |

The parties, United States of America, by and through its counsel KAREN P. HEWITT, United States Attorney, and STEWART YOUNG, Assistant United States Attorney, and the defendant, IRMA FELIX-BENITEZ, by and through her counsel, James Winston Gleave, hereby jointly move and respectfully request that this Court continue the Motions Hearing date to July 21, 2008 at 2:00 p.m. for the reason Attorney Young and Attorney Gleave will be out of the Southern District of California on July 7, 2008.

The defendant filed a Discovery Motion on June 13, 2008 and requests that the time between July 7, 2008 and July 21, 2008 be deemed excludable time under the

1    Speedy Trial Act.

2

3                              Respectfully submitted,

4

5

6    Dated:  June 16, 2008        /s/ James Winston Gleave
                                  James Winston Gleave,
7                                 Attorney for IRMA FELIX-BENITEZ

8    Dated:  June 16, 2008        /s/ Stewart Young
                                  Stewart Young,
9                                 Assistant United States Attorney

10

11

12    _____
      C:\WP\2297\JointMotionFELIX001.wpd
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2

JAMES WINSTON GLEAVE
California State Bar # 102977
1901 First Avenue, Suite 310
San Diego, CA 92101
Email: jim@jwglaw.com
Tel: (619) 238-0677
Fax: (619) 238-4559

Attorney for Defendant IRMA FELIX-BENITEZ

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable M. JAMES LORENZ, Judge)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR1724-001-L |
| Plaintiff, | ) | |
| v. | ) | |
| IRMA FELIX-BENITEZ, | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |
| _____ | ) | |

　　　　Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served on all parties via CM/ECF this day, except: None

Dated: June 16, 2008

　　　　　　　　　　　　　　　　/s/James Winston Gleave
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James Winston Gleave
　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　IRMA FELIX-BENITEZ

C:\WP\2297\ProofService2Felix.wpd