UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Honorable M. JAMES LORENZ, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>IRMA FELIX-BENITEZ,<br><br>  Defendant. | CASE NO. 08CR1724-001-L<br><br>**ORDER TO CONTINUE MOTIONS HEARING** |

On the Joint Motion of the parties, the Motions Hearing date is hereby continued to July 21, 2008 at 2:00 p.m.

The defendant filed a Discovery Motion on June 13, 2008 and therefore, the time between July 7, 2008 and July 21, 2008 is deemed excludable time under the Speedy Trial Act.

DATED: June 18, 2008

*M. James Lorenz*
M. James Lorenz
United States District Court Judge